# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| HAMID YAZDANBAKHESH, | Case No. CV 18-06482-AG (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed without prejudice.

Date: April 30, 2019

ANDREW J. GUILFORD
United States District Judge